**Maplebear Inc. (CART)**  **Andy Dean Stephens**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 9/19/2023 | 1 | $30.0000 |