UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDY DEAN STEPHENS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAPLEBEAR INC. d/b/a INSTACART, FIDJI SIMO, NICK GIOVANNI, ALAN RAMSAY, APOORVA MEHTA, JEFFREY JORDAN, MEREDITH KOPIT LEVIEN, BARRY MCCARTHY, MICHAEL MORITZ, LILY SARAFAN, FRANK SLOOTMAN, and DANIEL SUNDHEIM,<br><br>Defendants. | Case No.  5:24-cv-00465 EJD<br><br>**ORDER SETTING COMPLIANCE DEADLINE** |

Counsel, Eunice Leong entered her appearance in this matter on behalf of Defendants. *See* ECF No. 22. However, the Court's records indicate that Eunice Leong is not admitted to the Bar of this Court as required by Civil Local Rule 11-1.

Pursuant to Civ. L. R. 11-1(a), "[e]xcept as provided in Civil L.R. 11-2, 11-3, and 11-9, and Fed. R. Civ. P. 45(f), an attorney must be a member of the bar of this Court to practice in this Court and in the Bankruptcy Court of this District." Attorneys are expected to follow the local rules regarding admission to the bar of this Court or risk dismissal of their action for failure to prosecute. *See Rasool v. Union City*, No. 4:21-CV-06510-YGR, 2021 WL 8153597, at *2 (N.D. Cal. Nov. 19, 2021); *see also Moura v. Am. W. Steamboat Co. LLC*, No. 08-CV-04025-WHA, 2009 WL 2390228, at *2 (N.D. Cal. Aug. 3, 2009) (describing how plaintiff's attorney, who was not admitted to

practice in the Northern District of California, violated Civil Local Rule 11-1 by filing several court documents in the action).

Accordingly, the Court SETS a compliance deadline of April 4, 2024.  Eunice Leong must submit proof that she is admitted to practice in the Northern District of California by this deadline. The parties are on notice that failure to comply with Court Orders and Civil Local Rules may result in sanctions. Information on the admission to practice may be found at https://cand.uscourts.gov/attorneys/admission-to-practice/.

**IT IS SO ORDERED.**

Dated:  March 21, 2024

EDWARD J. DAVILA
United States District Judge