BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELISE LOPEZ, State Bar No. 324199
elise.lopez@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants MapleBear Inc. d/b/a Instacart, Fidji Simo, Nick Giovanni, Alan Ramsay, Apoorva Mehta, Jeffrey Jordan, Meredith Kopit Levien, Barry McCarthy, Michael Moritz, Lily Sarafan, Frank Slootman, and Daniel Sundheim*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDY DEAN STEPHENS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAPLEBEAR INC. d/b/a INSTACART, FIDJI SIMO, NICK GIOVANNI, ALAN RAMSAY, APOORVA MEHTA, JEFFREY JORDAN, MEREDITH KOPIT LEVIEN, BARRY MCCARTHY, MICHAEL MORITZ, LILY SARAFAN, FRANK SLOOTMAN, and DANIEL SUNDHEIM, GOLDMAN SACHS & CO. LLC; J.P. MORGAN SECURITIES LLC; BOFA SECURITIES, INC.; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; ROBERT W. BAIRD & CO. INCORPORATED; CITIZENS JMP SECURITIES, LLC; LIONTREE ADVISORS LLC; OPPENHEIMER & CO. INC.; PIPER SANDLER & CO.; SOFI SECURITIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; WEDBUSH SECURITIES | Case No.: 5:24-cv-00465-EJD<br><br>**DECLARATION OF ELISE LOPEZ IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FOR ORDER TO SHOW CAUSE** |

LOPEZ DECL. ISO DEFS'
ADMIN. MOT. FOR OSC
CASE NO. 5:24-cv-00465-EJD

INC.; BLAYLOCK VAN, LLC; DREXEL HAMILTON, LLC; LOOP CAPITAL MARKETS LLC; R. SEELAUS & CO., LLC; SAMUEL A. RAMIREZ & COMPANY, INC.; STERN BROTHERS & CO.; TIGRESS FINANCIAL PARTNERS LLC

Defendants.

### DECLARATION OF ELISE LOPEZ

I, Elise Lopez, declare and state as follows:

1.     I am duly admitted to practice in the State of California and an attorney with the law firm of Freshfields Bruckhaus Deringer US LLP, counsel of record for Defendants MapleBear Inc. d/b/a Instacart, Fidji Simo, Nick Giovanni, Alan Ramsay, Apoorva Mehta, Jeffrey Jordan, Meredith Kopit Levien, Barry McCarthy, Michael Moritz, Lily Sarafan, Frank Slootman, and Daniel Sundhein in the above-captioned matter. I have direct knowledge of the facts set forth in this declaration, and, if called as a witness, would competently testify to these facts. I make this declaration in support of Defendants' Administrative Motion for Order to Show Cause.

2.     On October 3, 2024, I emailed Adam Apton of Levi & Korsinsky, counsel for Lead Plaintiff James Cheng, requesting to meet and confer regarding the Motion supported by this declaration. Mr. Apton requested that Brian Calandra of Pomerantz LLP be included in the meet and confer.

3.     On October 7, 2024, I met and conferred with Mr. Apton and Mr. Calandra, seeking that they stipulate to the requested relief, pursuant to Civil Local Rule 7–11(a), or, alternatively, that they strike the "Named Plaintiff" and "Additional Counsel" from the Complaint. They did not offer their consent to either option.

4.     Accordingly, pursuant to Civil Local Rule 7–11(a), I make this declaration in support of the Motion, to describe why a stipulation could not be obtained.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of October 2024 in San Francisco, California.

_/s/ Elise Lopez_____
Elise Lopez

LOPEZ DECL. ISO DEFS'
ADMIN. MOT. FOR OSC
CASE NO. 5:24-cv-00465-EJD

1