**WILLKIE FARR & GALLAGHER LLP**
TODD G. COSENZA (*pro hac vice pending*)
  tcosenza@willkie.com
CHARLES D. CORDING (*pro hac vice pending*)
  ccording@willkie.com
MICHELLE A. POLIZZANO (*pro hac vice pending*)
  mpolizzano@willkie.com
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 728-8000

LAURA LEIGH GEIST (SBN 180826)
  lgeist@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:  (415) 848-7400

*Counsel for Underwriter Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY DEAN STEPHENS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MAPLEBEAR INC. d/b/a INSTACART, FIDJI SIMO, NICK GIOVANNI, ALAN RAMSAY, APOORVA MEHTA, JEFFREY JORDAN, MEREDITH KOPIT LEVIEN, BARRY MCCARTHY, MICHAEL MORITZ, LILY SARAFAN, FRANK SLOOTMAN, and DANIEL SUNDHEIM, GOLDMAN SACHS & CO. LLC; J.P. MORGAN SECURITIES LLC; BOFA SECURITIES, INC.; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; ROBERT W. BAIRD & CO. INCORPORATED; CITIZENS JMP SECURITIES, LLC; LIONTREE ADVISORS LLC; OPPENHEIMER & CO. INC.; PIPER SANDLER & CO.; SOFI SECURITIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; WEDBUSH SECURITIES INC.; BLAYLOCK VAN, LLC; DREXEL | Case No. 5:24-cv-00465-EJD <br><br> **NOTICE OF JOINDER AND JOINDER BY UNDERWRITER DEFENDANTS IN MOTION TO DISMISS AMENDED COMPLAINT** <br><br> Date:   January 30, 2025 <br> Time:   9:00 a.m. PST <br> Ctrm:   4, 5th Floor, San Jose <br>         Hon. Edward J. Davila |

UNDERWRITER DEFENDANTS' JOINDER IN MOTION TO DISMISS AMENDED COMPLAINT
Case No. 5:240cv-00465-EJD

HAMILTON, LLC; LOOP CAPITAL MARKETS LLC; R. SEELAUS & CO., LLC; SAMUEL A. RAMIREZ & COMPANY, INC.; STERN BROTHERS & CO.; TIGRESS FINANCIAL PARTNERS LLC,

Defendants.

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Barclays Capital Inc., Citigroup Global Markets Inc., Robert W. Baird & Co. Inc., Citizens JMP Securities, LLC, LionTree Advisors LLC, Oppenheimer & Co. Inc., Piper Sandler & Co., SoFi Securities LLC, Stifel, Nicolaus & Company, Inc., Wedbush Securities Inc., Blaylock Van, LLC, Drexel Hamilton, LLC, Loop Capital Markets LLC, R. Seelaus & Co., LLC, Samuel A. Ramirez & Company, Inc., Stern Brothers & Co., and Tigress Financial Partners LLC (collectively, the "Underwriter Defendants") hereby join in the Motion to Dismiss Plaintiff's Amended Complaint ("Motion to Dismiss") filed by defendants Maplebear Inc. d/b/a Instacart ("Instacart" or the "Company"), Fidji Simo, Nick Giovanni, Alan Ramsay, Apoorva Mehta, Jeffrey Jordan, Meredith Kopit Levien, Barry McCarthy, Michael Moritz, Lily Sarafan, Frank Slootman, and Daniel Sundheim (the "Instacart Defendants"). The hearing on the Motion to Dismiss is set for January 30, 2025 at 9:00 a.m. PST before the Honorable Edward J. Davila.

The Underwriter Defendants are sued in the Amended Complaint solely on Count I, pursuant to Section 11 of the Securities Act of 1933, in their alleged capacities as underwriters of Instacart's initial public offering (the "Section 11 Claim"). The Underwriter Defendants join in all of the Instacart Defendants' accompanying documents, including the Notice of Motion, the Memorandum of Points and Authorities, and the Request for Judicial Notice and attached exhibits, as well as any oral argument of Instacart Defendants' counsel, and any matter that may be submitted at the hearing or thereafter with respect to Plaintiff's Section 11 Claim. All of the grounds for dismissal of the Section 11 Claim set forth by the Instacart Defendants apply equally to the Underwriter Defendants and require dismissal of the Section 11 Claim as asserted against the Underwriter Defendants. The Underwriter Defendants respectfully request that the Court dismiss Plaintiffs' claim against them with prejudice and grant such other and further relief to the Underwriter Defendants as the Court may deem just and proper.

Dated: October 29, 2024

Respectfully submitted,

/s/ Laura L. Geist
Todd G. Cosenza (*pro hac vice pending*)
Charles D. Cording (*pro hac vice pending*)
Michelle A. Polizzano (*pro hac vice pending*)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Laura Leigh Geist (SBN 180826)
333 Bush Street, 34th Floor
San Francisco, CA 94104

*Counsel for Underwriter Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Barclays Capital Inc., Citigroup Global Markets Inc., Robert W. Baird & Co. Incorporated, Citizens JMP Securities, LLC, LionTree Advisors LLC, Oppenheimer & Co. Inc., Piper Sandler & Co., SoFi Securities LLC, Stifel, Nicolaus & Company, Incorporated, Wedbush Securities Inc., Blaylock Van, LLC, Drexel Hamilton, LLC, Loop Capital Markets LLC, R. Seelaus & Co., LLC, Samuel A. Ramirez & Company, Inc., Stern Brothers & Co., and Tigress Financial Partners LLC*