UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANDY DEAN STEPHENS,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,     CASE NO.  CV-24-00465 EJD

          PLAINTIFFS,              SAN JOSE, CALIFORNIA

   VS.                             NOVEMBER 12, 2024

MAPLEBEAR INC. D/B/A INSTACART,   PAGES 1 - 7
ET AL.,

          DEFENDANTS.


                   TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE EDWARD J. DAVILA
               UNITED STATES DISTRICT JUDGE


   A-P-P-E-A-R-A-N-C-E-S:

    FOR THE PLAINTIFFS:    LEVI & KORSINSKY, LLP
                           BY:  ADAM M. APTON
                           1160 BATTERY STREET EAST, SUITE 100
                           SAN FRANCISCO, CALIFORNIA 94111


    FOR THE DEFENDANTS:    FRESHFIELDS US LLP
                           BY:  BORIS FELDMAN
                           855 MAIN STREET
                           REDWOOD CITY, CALIFORNIA 94063

                           WILLKIE FARR & GALLAGHER LLP
                           BY:  LAURA G. GEIST
                           333 BUSH STREET
                           SAN FRANCISCO, CALIFORNIA 94104


    OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074

       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
   TRANSCRIPT PRODUCED WITH COMPUTER.

SAN JOSE, CALIFORNIA                    NOVEMBER 13, 2024

P R O C E E D I N G S

(COURT CONVENED AT 9:02 A.M.)

THE COURT:  THIS IS 24-465, STEPHENS VERSUS MAPLEBEAR, INC.

LET ME FIRST CAPTURE THE APPEARANCE OF THE PARTIES.

WHO APPEARS FOR PLAINTIFF?

MR. APTON:  YOUR HONOR, GOOD MORNING.

ADAM APTON FROM LEVI & KORSINSKY FOR PLAINTIFF.

THE COURT:  COULD YOU COME FORWARD TO THE LECTERN, PLEASE.  I'M SORRY.

MR. APTON:  ABSOLUTELY.

YOUR HONOR, ADAM APTON FROM LEVI & KORSINSKY FOR LEAD PLAINTIFF.

THE COURT:  THANK YOU.  GOOD MORNING.

AND FOR THE DEFENSE?

MR. FELDMAN:  GOOD MORNING, YOUR HONOR.

FOR THE INSTACART DEFENDANTS, BORIS FELDMAN.

THE COURT:  THANK YOU.  GOOD MORNING.

MR. FELDMAN:  GOOD MORNING.

MS. GEIST:  GOOD MORNING, YOUR HONOR.

LAURA GEIST WITH WILLKIE FARR & GALLAGHER FOR THE UNDERWRITING DEFENDANTS.

THE COURT:  THANK YOU.  GOOD MORNING.

THIS MATTER APPEARS BY WAY OF AN ADMINISTRATIVE MOTION

THAT WAS FILED TO BRING TO THE COURT'S ATTENTION THE SUBSEQUENT PLEADINGS THAT WERE FILED BY PLAINTIFF, AND I'VE READ BOTH THE ADMINISTRATIVE MOTION AND THE RESPONSE, AND I'M JUST NOT CERTAIN WHY WE ARE HERE.

THE COURT IN ITS PREVIOUS ORDER WHEN WE MET, THE COURT, AS YOU RECALL, YOU WERE HERE, WE TOUCHED ON ISSUES REGARDING PLAINTIFFS' COUNSEL, LEAD COUNSEL AND THOSE TYPES OF THINGS. THE COURT MADE A RULING THAT INDICATED THAT, AFTER DISCUSSION, THE COURT FELT THERE WAS NO NEED FOR TWO LEAD COUNSEL IN THE MATTER, AND THE COURT SO RULED.

MY SENSE IS WE'RE HERE BECAUSE THE COURT PERHAPS WAS A BIT CASUAL IN ITS COMMENTS AT THE END OF THE DAY.

I BELIEVE, SIR, MR. APTON, YOU MADE A REQUEST, A COMMENT ABOUT, JUDGE, WE CAN COME BACK OR SOMETHING.  AND THE COURT SAID, WELL, SURE, OKAY.

AND I SUPPOSE THAT IN YOUR VIEW IT GAVE YOU LICENSE TO GO FORWARD AND FILE YOUR AMENDED COMPLAINT, AS YOU'RE ENTITLED TO DO, ADDING A PARTY BUT YET PUTTING THE POMERANTZ FIRM AGAIN AS LEAD COUNSEL.

AND THAT'S NOT THE COURT'S DECISION, AS YOU KNOW.  WE ONLY NEED ONE LEAD COUNSEL HERE.  IF MR. POMERANTZ OR THE POMERANTZ FIRM WISHES TO RISE TO THE HIGHEST LEVEL OF CALLING OF THE BAR AND TO REPRESENT AND TO PARTICIPATE IN A PRO BONO MATTER, THAT WOULD BE WELCOME, BUT THE COURT'S DECISION WAS VERY SPECIFIC IN THAT YOUR FIRM WOULD BE LEAD COUNSEL, AND THERE WASN'T TO BE

ANY FEE SPLITTING BETWEEN THE OTHER FIRM.  THAT WAS THE COURT'S DECISION.

I NOTE IN YOUR PLEADINGS YOU SUGGEST THAT THE COURT PERHAPS GAVE PERMISSION BY STATING, OKAY, YES, OR YEAH.  AND THAT WASN'T THE COURT'S INTENT.  I'M SORRY THAT YOU TOOK IT THAT WAY.

THIS HAS BEEN AN EDUCATION FOR ME.  I SUPPOSE I NEED TO UNDERSTAND THAT WHEN THE COURT MAKES COMMENTS WITH CERTAIN FOLKS, I HAVE TO BE CAREFUL ABOUT WHAT I SAY BECAUSE THEY MIGHT BE MISINTERPRETED, AND I OTHERWISE PROVIDE AN AVENUE FOR PURSUIT THAT WAS NOT INTENDED AND CERTAINLY DID NOT EXIST.

SO I APPRECIATE THE EDUCATION.  I, IN THE FUTURE, WILL BE VERY CAREFUL WITH MY COMMENTS WITH YOU, SIR, SUCH THAT I DON'T PROVIDE YOU ANY MISINFORMATION ABOUT WHAT IS TO HAPPEN IN THE CASE.

IN THIS MATTER ADDING MR. VISCUSI, I THINK HIS NAME IS, OF COURSE WE LOOK AT THAT AND WE SEE THAT RULE 15 IS VERY LIBERAL AND ALLOWS PARTIES TO ADD PLAINTIFFS.  AND IF I WERE TO DENY MR. VISCUSI, MY SENSE IS THAT THERE WOULD BE AN APPLICATION UNDER RULE 15, WE WOULD GO THROUGH THAT ANALYSIS, AND UNDER THE LIBERAL POLICY OF AMENDMENT, THE COURT WOULD MOST LIKELY PERMIT THAT PLAINTIFF TO BE ADDED.

NOT THE SAME FOR COUNSEL.  AND I KNOW YOU TALKED ABOUT JUDGE GILLIAM AND YOU OFFERED JUDGE GILLIAM AND JUDGE FREEMAN, MY COLLEAGUES, THEIR DECISIONS IN CASES THAT YOU FELT MIRRORED

THE FACTS IN OUR CASE.

OF COURSE, JUDGE GILLIAM DID NOT DO THE ANALYSIS IN HIS CASE, DID HE, IN THE HUNT CASE, WHERE HE WENT THROUGH THE ANALYSIS AND SAID, AND RECOGNIZED AFTER SPEAKING WITH COUNSEL, REVIEWING THE RECORD, AND MAKING A DECISION THAT ONLY ONE LAW FIRM WOULD BE REPRESENTATIVE AS LEAD COUNSEL?

SO THAT'S WHAT THE COURT DECIDED.  I'M NOT GOING TO DISTURB THE PREVIOUS ORDER OF THE COURT.  THE POMERANTZ FIRM IS NOT GOING TO BE LISTED IN ANY WAY AS LEAD COUNSEL IN THIS MATTER.

IF THEY'RE GOING TO BE ASSOCIATED COUNSEL OR IF THEY'RE GOING TO APPEAR IN SOME MANNER, THEY CAN APPEAR PRO BONO, BUT I'M NOT GOING TO PERMIT THEM TO SECURE ATTORNEYS' FEES IN THE MATTER.  THAT'S UP TO LEAD COUNSEL.  AND MR. CHANG AND HIS COUNSEL WILL BE THE LEAD PLAINTIFFS IN THE MATTER, AND THEY WILL HAVE CONTROL OVER WHAT HAPPENS IN THE CASE AND WHO RECEIVES WHAT.

THAT WAS THE COURT'S INTENTION WHEN I HEARD ALL OF YOU AND WE HAD THAT DISCUSSION.

IF THE POMERANTZ FIRM WANTS TO CONTRIBUTE TO REPRESENTATION, AS I SAID, PRO BONO, THAT'S FINE.  THAT'S UP TO THEM.  AND ALSO LOOKING AT THE CALIFORNIA RULES OF PROFESSIONAL CONDUCT, I THINK IT'S 1.51 THAT TALKS ABOUT FEE SPLITTING, THAT HASN'T BEEN AGREED TO HERE.

SO THAT'S THE COURT'S THOUGHTS, OBSERVATIONS GOING

FORWARD.

SO I'LL PERMIT THE PLAINTIFF TO BE ADDED UNDER RULE 15 AND GOING THROUGH THAT ANALYSIS.

I WANT TO SAVE US SOME TIME AND RECOGNIZE THAT THAT'S GOING TO HAPPEN.

THE POMERANTZ FIRM IS NOT CO-LEAD COUNSEL AND THEY WILL NOT BE -- YOU ARE, SIR, AND THAT'S THE COURT'S ORDER.  I'M JUST REAFFIRMING THE PREVIOUS COURT'S ORDER.

SO BEFORE WE CLOSE, I THINK BECAUSE OF MY EXPERIENCE HERE, I NEED TO ASK YOU, DO YOU HAVE ANY QUESTION ABOUT ANYTHING THAT I'VE SAID OR ANYTHING THAT YOU WOULD LIKE CLARIFICATION ON BEFORE WE CLOSE TODAY?

AND I WISH YOU ALL THE BEST OF THE HOLIDAY SEASON.

MR. APTON:  YOUR HONOR, I APOLOGIZE.  I FEEL LIKE I'VE LET YOU DOWN, AND I'M DISAPPOINTED THAT YOU'VE TAKEN THIS VIEW OF HOW CAREFUL YOU NEED TO BE WITH YOUR WORDS.

I WANT TO JUST POINT OUT FOR THE RECORD, I GUESS, THAT THEY'RE NOT CO-LEAD COUNSEL, THE POMERANTZ FIRM.  THEY ARE JUST ADDITIONAL COUNSEL.  AND THERE WAS GOOD REASON FOR ADDING THEM AS ADDITIONAL COUNSEL IN LIGHT OF THE WORK PRODUCT THAT THEY DEVELOPED WITH THE CONFIDENTIAL WITNESS.

IT WAS NEVER MY INTENTION, YOUR HONOR, TO GO AROUND YOUR HONOR'S ORDER.  I WOULD NEVER --

THE COURT:  WELL, YOU MENTIONED IT THOUGH, DIDN'T YOU?  YOU SAID THE COURT SAID, THE COURT AGREED WE COULD DO

THIS BECAUSE IT SAID SOMETHING.  IT'S RATHER LIKE I SUPPOSE, AND I DON'T MEAN THIS IN A PEJORATIVE WAY, BUT IT'S -- I SUPPOSE THE SITUATION THAT COMES TO MIND, IT'S LIKE THE CHILD WHO TAKES THE COOKIE OUT OF THE COOKIE JAR AND SAID, WELL, YOU SAID I COULD HAVE A COOKIE BUT YOU DIDN'T SAY WHEN, SO I JUST WENT AHEAD AND TOOK THE COOKIE SO I SHOULD BE -- YOU KNOW, I'M JUST FOLLOWING YOUR ORDERS, DAD, MOM, AUNTIE, UNCLE.

SO WE HAVE TO BE CAREFUL.  IT WAS CHESHIRE CAT, WASN'T IT, THAT SAID YOU MUST MEAN WHAT YOU SAY AND SAY WHAT YOU MEAN.  SO I AM GUIDED BY THAT.

ANYTHING FURTHER?

MR. FELDMAN:  THANK YOU, YOUR HONOR.

THE COURT:  THANK YOU.

(COURT CONCLUDED AT 9:09 A.M.)

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED:  NOVEMBER 13, 2024