BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELISE LOPEZ, State Bar No. 324199
elise.lopez@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

ABYGAIL KRITTA
abby.kritta@freshfields.com
FRESHFIELDS US LLP
175 Greenwich Street
New York, NY 10007
Telephone: (212) 277-4000

*Attorneys for Defendants Maplebear Inc. d/b/a
Instacart, Fidji Simo, Nick Giovanni, Alan Ramsay,
Apoorva Mehta, Jeffrey Jordan, Meredith Kopit
Levien, Barry McCarthy, Michael Moritz, Lily
Sarafan, Frank Slootman, and Daniel Sundheim*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDY DEAN STEPHENS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAPLEBEAR INC. d/b/a INSTACART, FIDJI SIMO, NICK GIOVANNI, ALAN RAMSAY, APOORVA MEHTA, JEFFREY JORDAN, MEREDITH KOPIT LEVIEN, BARRY MCCARTHY, MICHAEL MORITZ, LILY SARAFAN, FRANK SLOOTMAN, and DANIEL SUNDHEIM, GOLDMAN SACHS & CO. LLC; J.P. MORGAN SECURITIES LLC; BOFA SECURITIES, INC.; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS INC.; ROBERT W. BAIRD & CO. INCORPORATED; CITIZENS JMP | Case No.: 5:24-cv-00465-EJD<br><br>**DECLARATION OF OLIVIA ROSEN IN SUPPORT OF INSTACART DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date:     January 30, 2025<br>Time:     9 AM<br>Location:  Courtroom 4 – 5th Floor<br>Judge:    Hon. Edward J. Davila |

ROSEN DECL ISO REPLY
CASE NO. 5:24-cv-00465-EJD

SECURITIES, LLC; LIONTREE ADVISORS
LLC; OPPENHEIMER & CO. INC.; PIPER
SANDLER & CO.; SOFI SECURITIES LLC;
STIFEL, NICOLAUS & COMPANY,
INCORPORATED; WEDBUSH SECURITIES
INC.; BLAYLOCK VAN, LLC; DREXEL
HAMILTON, LLC; LOOP CAPITAL
MARKETS LLC; R. SEELAUS & CO., LLC;
SAMUEL A. RAMIREZ & COMPANY, INC.;
STERN BROTHERS & CO.; TIGRESS
FINANCIAL PARTNERS LLC

                        Defendants.

**DECLARATION OF OLIVIA ROSEN**

I, Olivia Rosen, declare as follows:

1.      I am duly admitted to practice in the State of California and an attorney with the law firm Freshfields US LLP. I am counsel for Defendants Maplebear Inc. d/b/a Instacart ("Instacart" or the "Company"), Fidji Simo, Nick Giovanni, Alan Ramsay, Apoorva Mehta, Jeffrey Jordan, Meredith Kopit Levien, Barry McCarthy, Michael Moritz, Lily Sarafan, Frank Slootman, and Daniel Sundheim (collectively, the "Instacart Defendants") in the above-captioned matter. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the matters stated herein. This declaration is submitted in support of the Instacart Defendants' Reply in Support of Instacart Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

2.   Attached as Exhibit 22 is a true and correct copy of Instacart's Form 8-K and Exhibit 99.1 to Instacart's Form 8-K, titled "Q3 2024 Letter to Shareholders," which were publicly filed with the U.S. Securities and Exchange Commission ("SEC") on November 12, 2024.

3.   Attached as Exhibit 23 is a true and correct copy of Instacart's stock price history for the time period of September 19, 2023 to January 8, 2025, as reported by NASDAQ.

4.   Attached as Exhibit 24 is a true and correct excerpted copy of Exhibit 99.1 to Just Eat Takeaway.com N.V.'s Form 6-K, which was publicly filed with the SEC on March 1, 2023 and titled "Just Eat Takeaway.com Annual Report 2022."

5.   Attached as Exhibit 25 is a true and correct copy of Exhibit 99.1 to Live Nation Entertainment, Inc.'s Form 8-K, which was publicly filed with the SEC on February 22, 2024 and titled "Live Nation Entertainment Reports Full Year and Fourth Quarter 2023 Results."

6.   Attached as Exhibit 26 is a true and correct copy of Exhibit 99.1 to RB Global, Inc.'s Form 8-K, which was publicly filed with the SEC on February 23, 2024 and titled "RB Global reports fourth quarter and full year 2023 results."

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, CA on January 10, 2025.

*/s/ Olivia Rosen*
Olivia Rosen

ROSEN DECL ISO REPLY                    1
CASE NO. 5:24-cv-00465-EJD