# EXHIBIT 24

# Annual Report 2022



**About this report**
This annual report is available as a PDF, on our website www.justeattakeaway.com and as a limited print version. The PDF/print version of this annual report has been prepared for ease of use and does not contain ESEF information as specified in the Regulatory Technical Standards on ESEF (Delegated Regulation (EU) 2019/815). The official ESEF reporting package is available via Just Eat Takeaway.com's website at www.justeattakeaway.com. In case of any discrepancies between this PDF version and the ESEF package, the latter prevails.

**Forward-looking statements**
This annual report may contain forward-looking statements. These statements are only predictions and are not guarantees. Actual events or the results of our operations could differ materially from those expressed or implied in the forward-looking statements. Forward looking statements are typically identified by the use of terms such as "may", "will", "should", "expect", "could", "intend", "plan", "anticipate", "estimate", "believe", "continue", "predict", "potential" or the negative of such terms and other comparable terminology. The forward-looking statements contained herein speak only as of the date they are made. By their nature, forward-looking statements involve risk and uncertainty because they relate to events and depend on circumstances that will occur in the future. Actual results may differ materially from those expressed in these forward-looking statements, and you should not place undue reliance on them. For a discussion of factors that could cause future results to differ from such forward-looking statements, see also the section 'Risk Management' of this annual report. You will be solely responsible for your own assessment of the market and the market position of Just Eat Takeaway.com and you will conduct your own analysis and be solely responsible for forming your own view of the potential future performance of Just Eat Takeaway.com's business. This document does not constitute or form part of, and should not be constructed as, an offer or invitation to subscribe for or purchase any Just Eat Takeaway.com securities.

**Market and Industry Data**
References to market share and position are Just Eat Takeaway.com's estimates based on the latest available data from a number of internal and external sources. Sources used by Just Eat Takeaway.com include: data and web traffic monitoring (Google Trends from Google Inc and Total web and mobile  visits from Similarweb), app download and use data (App Annie), credit card use data (Cardlytics) and email receipt analysis (Fox Intelligence), and  inhabitant numbers (Michael Bauer Research GmbH). While we believe that the publicly available information and industry publications we use are reliable, we have not independently verified market and industry data from third-party sources. Moreover, while we believe our internal surveys are reliable, they have not been verified by any independent source.



# 01 The Company

4    Highlights 2022
5    At a Glance 2022
7    Message from the CEO
10   Company Profile
    10    Who we are
    11    Our business model
    13    History
    14    Our segments

# 02 Report of the Management Board

27   Our Strategy
30   Our Products and Technology
35   Our Brand
39   Our Operations
44   Our Stakeholders
    44    Our consumers
    45    Our Partners
    46    Our people
    50    Our Shareholders
55   Our Inclusion, Diversity and Belonging
59   Our Responsible Business and Sustainability Approach
74   Our Performance in 2022
    75    Group performance review
    79    Reportable segment performance
    83    Financial review
88   Statements by the Managing Directors

# 03 Our Governance Report

93    Composition of the Management Board and Supervisory Board
100   Report of the Supervisory Board
109   Report of the Remuneration and Nomination Committtee
113   Remuneration in 2022
126   Governance and Compliance
143   Report of the Audit Committee
147   Privacy of our Stakeholders

# 04 Risk Management

# 05 Financial Statements

168   Consolidated statement of profit or loss and other comprehensive income
169   Consolidated statement of financial position
171   Consolidated statement of changes in equity
172   Consolidated statement of cash flows
174   Notes to the Consolidated financial statements
245   Company statement of profit or loss
246   Company statement of financial position
247   Notes to the Company financial statements

# 06 Other Information

254   Independent Auditor's Report
264   Three-year Key Figures
266   Reconciliation of Alternative Performance Measures
269   Additional Information
    269  Address Just Eat Takeaway.com
    270  Glossary



2

# 01

# The Company

3

# Highlights 2022

Processed **984 million Orders**[1] from **90 million Active Consumers**

Significantly improved financial performance and returned to **positive Adjusted EBITDA**

Completed the sale of our 33% interest in iFood for a consideration of **up to €1.8 billion**

Added **more than 58 thousand Partners** to offer the widest choice, from local legends to best-loved brands, and from food to grocery and other adjacent categories

4

[1] Grubhub was consolidated from 15 June 2021 and Just Eat from 15 April 2020. The key performance indicators and the key financial indicators included in chapter 1 'The Company' and chapter 2 'Report of the Management Board', unless otherwise mentioned, are presented as if the combinations were completed on 1 January 2020 to provide comparable information for the periods presented. Operations in Norway and Portugal were discontinued from 1 April 2022 and Romania from 1 June 2022. The key performance indicators and key financial indicators presented in these chapters, unless otherwise mentioned, exclude these operations as from 1 January 2022. These figures are unaudited. Due to rounding, amounts in the tables may not add up precisely to the totals provided. Percentages used are based on unrounded figures.

# At a Glance 2022

 **Orders**
**984m**

 **Partners**
**692k**

 **Gross Transaction Value (GTV)**
**€28.2bn**

 **Adjusted EBITDA**
**€19m**

 **Active Consumers**
**90m**

 **Active in**
**20 countries**



"After two years of significant investment following the merger and the pandemic, we have returned to positive Adjusted EBITDA earlier than anticipated."

— Jitse Groen, CEO

# Message from the CEO



## Dear reader,

After two years of exceptional growth, Just Eat Takeaway.com is now twice the size it was pre-pandemic. While this growth has required significant investment, we have continued to focus on executing our strategy to build and operate highly profitable food delivery businesses. In 2022, our priority was to enhance profitability and strengthen our business by implementing a wide range of initiatives. As a result, we materially improved our financial performance and generated Adjusted EBITDA of €19 million in 2022 compared with minus €350 million in 2021.  We expect a further improvement in 2023.

The loss for the period was €5.7 billion, mainly due to impairment losses of €4.6 billion on past equity funded acquisitions. Naturally, this is the consequence of macroeconomic factors, such as increasing interest rates. Given such factors are outside of our control and do not impact our cash position, we focus on the operating performance of our business.

At the beginning of 2022, society was still recovering from the pandemic with restaurants reopening and consumers slowly returning to offices. The Company, as a consequence, faced a temporary lull in growth and a more difficult financial environment. We therefore expedited our efforts to again become Adjusted EBITDA positive.

Over the last decade, our focus has been to build large, profitable food delivery businesses. Despite several years of unprecedented growth and investment, this core objective remains unchanged. Today, the business is in good health, giving us a unique advantage in the market and reflecting the strong foundations on which Just Eat Takeaway.com was founded. As you may know, our Dutch business has been profitable since inception in 2000, and many of our countries are now Adjusted EBITDA positive as well.

7

The significant progress we have made has enabled us to bring our Adjusted EBITDA target forward by one year to 2022. A strong focus on execution enabled us to turn around a significant Adjusted EBITDA loss of minus €134 million in the first half of 2022 to a materially improved positive Adjusted EBITDA of €154 million in the second half. Our ambition to create a highly profitable global food delivery business is firmly on track.

Adriaan Nühn, who was our Chairman for six years, decided to step down in May 2022. Adriaan has been instrumental in helping us evolve since our Initial Public Offering in 2016. I would like to thank him for his long service and commitment. I am also grateful to Corinne Vigreux, our Vice Chair, for taking over on an interim basis. I am delighted that Dick Boer, who has extensive experience in the consumer sector, joined as our new Chairman in November 2022.

We continue to focus capital and management attention towards those markets that offer us the highest potential for generating scale, leadership positions and profit pools. As a result, we discontinued our operations in Norway, Portugal and Romania in 2022. These difficult decisions were not taken lightly, and I would like to thank everyone involved for their commitment and hard work.

In November 2022, we completed the sale of our equity stake of approximately 33% in iFood for a total consideration of up to €1.8 billion, consisting of €1.5 billion in cash and a deferred consideration, contingent on the performance of the online food delivery sector over the next 12 months, of up to €300 million. By retaining the transaction proceeds, our balance sheet strengthened

significantly, providing the Company with financial flexibility in an uncertain macroeconomic environment.

While we continue to focus on executing our strategy, we will not lose sight of the need to tackle the urgent issues that face our planet and communities. We are committed to making a positive impact on the planet we live on, with the food we offer, the people we employ, and the society we serve. We have been working hard towards achieving the ambition we set last year when we introduced our Responsible Business and Sustainability strategy. While we are proud of our success to date, we know there is much more to do.

In summary, following two years of significant investment during the pandemic, the business is now back to reporting positive Adjusted EBITDA. Three out of four of our operating segments were Adjusted EBITDA positive in 2022, and we realised a notable reduction in losses from our Southern Europe and ANZ segment. We expect that our improved scale and performance will strengthen our leadership positions and road to profitability going forward.

I would like to thank our staff, couriers, consumers, Partners, shareholders, Supervisory Board and international works councils, for their ongoing support in striving to achieve our vision to empower every food moment.

**Jitse Groen**
CEO and founder
Just Eat Takeaway.com



# Company Profile

Just Eat Takeaway.com is a leading global online food delivery company, connecting 90 million Active Consumers with their local Partners, and benefits from an attractive business model with powerful network effects.

## Who we are

Just Eat Takeaway.com is a leading global online food delivery company, connecting 90 million Active Consumers[2] with 692 thousand local Partners[2] through our apps and websites, and with leading positions in attractive countries. As of 31 December 2022, Just Eat Takeaway.com operates in 20 countries, divided into four segments: North America (Canada and the United States), Northern Europe (Austria, Belgium, Denmark, Germany, Luxembourg, Poland, Slovakia, Switzerland, and the Netherlands), United Kingdom and Ireland; and Southern Europe and ANZ (Australia, Bulgaria, France, Israel, Italy, New Zealand and Spain). Our platform and Delivery[2] operations in Norway, Portugal and Romania were discontinued in the first half of 2022. With the sale of our minority stake in iFood Holdings B.V. and IF-JE Holdings B.V. on 22 November 2022 to an affiliate of Prosus N.V. ('iFood Transaction'), we are also no longer active in Brazil and Colombia.

Just Eat Takeaway.com began operating in 2000 in the Netherlands when founder and CEO, Jitse Groen, launched the online food delivery platform under the brand Thuisbezorgd.nl. The business expanded rapidly, both in the Netherlands and internationally, building European and then global scale through a blend of acquisitive and organic growth.

Our proposition benefits both consumers and Partners. We offer consumers the ability to order from a large selection of local restaurants, grocers and specialty retailers, enabled through our apps and websites and delivered rapidly by our network of couriers or by our Partners themselves. For Partners, we provide access to our large pool of Active Consumers, our strong brand awareness, and our Delivery capabilities – allowing them to increase Orders[2] and grow their businesses.

[2] Reference is made to the Glossary for an overview of defined terms

In 2022, Just Eat Takeaway.com processed 984 million Orders for our Partners, facilitating €28.2 billion in Gross Transaction Value ('GTV'). On average we had approximately 24 thousand full-time equivalent employees ('FTE') in 2022, of which approximately 8 thousand were employed couriers.

The shares in the Company are listed and traded on Euronext Amsterdam (AMS: 'TKWY'), its CREST depository interests ('CDIs') are listed and traded on the London Stock Exchange (LSE: 'JET') and, following the voluntary delisting from the Nasdaq Stock Market ('Nasdaq'), its American Depositary Shares ('ADSs') are quoted and traded on the over-the-counter ('OTC') Markets via a sponsored Level I Programme (ticker: 'JTKWY'). Five ADSs represent one share of the Company.

## Our business model

Just Eat Takeaway.com's core business model connects consumers with Partners, enabling the consumers to order and pay through our apps or websites, and Orders to be delivered to the consumers or collected by them in person (Fig. 1). Partners are primarily restaurants and other food producers, but also include convenience stores, specialty retailers, and other high street stores.

For consumers, our proposition provides a simple way to order and pay for food and other items, and Just Eat Takeaway.com aims to offer the best user experience by providing a large and varied selection of cuisines, broad restaurant and convenience grocery choice, an easy-to-use and engaging product interface, seamless payment processes, and transparent order-tracking features.

For Partners, Just Eat Takeaway.com offers access to a wide consumer base and provides enhanced visibility at a low cost. This allows Partners to broaden their reach beyond local marketing and generate incremental Orders. In addition, we provide Partners with Delivery services, primarily through our own Delivery solutions.

We offer two primary models of fulfilment – our marketplace model where Partners deliver the Orders to the consumers themselves, and our Delivery model where we use our courier network to deliver Orders. Our Delivery solutions leverage employed couriers, independently contracted couriers and third-party provided couriers. Our employed model provides couriers with valuable benefits, such as training, social security, holiday pay and sick leave. Our independent contractor courier model provides couriers with flexibility on how and when they want to work.

We derive our revenue principally from the commissions we charge Partners, based on the value of the goods ordered through our platforms and, to a lesser extent, from other services such as payment services, sales of merchandise and packaging, and Promoted Placement[2]. In addition, we derive revenue from fees charged directly to consumers, including Delivery fees for Orders where Just Eat Takeaway.com is responsible for the Delivery.

Our business model benefits from powerful network effects, reinforcing growth in Orders, consumers and Partners. As the number of consumers increases, more Orders and higher GTV are generated, attracting more Partners to our platforms. This further enhances and diversifies the offering, in turn attracting more consumers. Network effects typically provide a strong tailwind to growth for market leaders, as well as driving operating leverage, leading to improved operating margins in the long-term.

**11**

[2] Reference is made to the Glossary for an overview of defined terms

# North America



### Orders
## 327m



### GTV
## €11.6bn



### Active Consumers
## 30m



### Partners
## 418k



### Adjusted EBITDA
## €65m

**The North America segment comprises our US and Canadian businesses. North America is the largest segment in terms of Orders and GTV, representing 33% of the total Just Eat Takeaway.com Orders and 41% of the total GTV in 2022. North American Orders declined 13% year-on-year while the pandemic continued to affect year-on-year comparison. Despite the decline in Orders, our GTV increased by 1% to €11.6 billion, driven by a higher Average Transaction Value ('ATV'), which is defined as GTV divided by the number of Orders in a particular period, and favourable foreign exchange rates.**

Active Consumers in the North America segment decreased to 30 million in 2022 from 37 million in 2021. North America's Partner supply base grew 12% to 418 thousand Partners, with significant expansion in both the number of independent and branded Partners. On top of that, the segment continued to increase its on-demand grocery Delivery proposition in 2022, with Skip Express Lanes in Canada and adding Partners such as Gopuff to the platform in the US. When combined with strong third-party convenience and grocery partnerships, this builds an effective foundation and clear path to accelerating growth of other adjacent categories.

In both the US and Canada, various states, provinces, and local governments imposed temporary fee caps on the online food delivery marketplace in 2020 in response to the pandemic. In July 2022, the San Francisco Board of Supervisors amended its legislation on fee caps, which is the latest in a growing trend among cities that have rolled back pandemic-era price controls. However, we experienced an impact amounting to more than €130 million of fee caps on our North America segment in 2022 compared with more than €190 million in 2021. We continue to pursue legal and legislative remedies to eliminate or significantly reduce the financial impact of price controls and/or fee caps in the US (mainly in New York), as we believe fee caps are contrary to the law.



**Just Eat Takeaway.com**
**Piet Heinkade 61**
**1019 GM Amsterdam**
**The Netherlands**