BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELISE LOPEZ, State Bar No. 324199
elise.lopez@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants MapleBear Inc. d/b/a
Instacart, Fidji Simo, Nick Giovanni, Alan Ramsay,
Apoorva Mehta, Jeffrey Jordan, Meredith Kopit
Levien, Barry McCarthy, Michael Moritz, Lily
Sarafan, Frank Slootman, and Daniel Sundheim*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANDY DEAN STEPHENS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAPLEBEAR INC. d/b/a INSTACART, FIDJI SIMO, NICK GIOVANNI, ALAN RAMSAY, APOORVA MEHTA, JEFFREY JORDAN, MEREDITH KOPIT LEVIEN, BARRY MCCARTHY, MICHAEL MORITZ, LILY SARAFAN, FRANK SLOOTMAN, and DANIEL SUNDHEIM,<br><br>Defendants. | Case No.: 5:24-cv-00465-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE** |

WHEREAS, on September 17, 2024, Court-Appointed Lead Plaintiff Andy Dean Stephens ("Lead Plaintiff") and Named Plaintiff Carlo Viscusi (the "Named Plaintiff" and, together with Lead Plaintiff, "Plaintiffs"), filed an amended class action complaint (the "Amended Complaint") (ECF No. 55) against defendants MapleBear Inc. d/b/a Instacart, Fidji Simo, Nick Giovanni, Alan Ramsay, Apoorva Mehta, Jeffrey Jordan, Meredith Kopit Levien, Barry McCarthy, Michael Moritz, Lily Sarafan, Frank Slootman, Daniel Sundheim (together, the "Instacart Defendants"), and defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Barclays Capital Inc., Citigroup Global Markets Inc., Robert W. Baird & Co. Inc., Citizens JMP Securities, LLC, LionTree Advisors LLC, Oppenheimer & Co. Inc., Piper Sandler & Co., SoFi Securities LLC, Stifel, Nicolaus & Company, Inc., Wedbush Securities Inc., Blaylock Van, LLC, Drexel Hamilton, LLC, Loop Capital Markets LLC, R. Seelaus & Co., LLC, Samuel A. Ramirez & Company, Inc., Stern Brothers & Co., and Tigress Financial Partners LLC (together, the "Underwriter Defendants) (together with Instacart Defendants, the "Defendants");

WHEREAS, on May 9, 2025, the Court granted Defendants' motion to dismiss Plaintiffs' Amended Complaint with leave to amend (ECF No. 108) (the "Order");

WHEREAS, Plaintiffs have decided not to amend the Amended Complaint;

WHEREAS, all Parties have agreed to dismissal with prejudice as to the Plaintiffs with each party to bear its own costs and fees;

IT IS HEREBY STIPULATED AND AGREED among the undersigned Parties, and respectfully submitted for the Court's approval, that the case is dismissed with prejudice as to the Plaintiffs, each party to bear its own costs and fees.

Respectfully submitted,

Dated: May 30, 2025          FRESHFIELDS US LLP

By: /s/ *Boris Feldman*
Boris Feldman

*Attorneys for Defendants MapleBear Inc. d/b/a Instacart, Fidji Simo, Nick Giovanni, Alan Ramsay, Apoorva Mehta, Jeffrey Jordan, Meredith Kopit*

1

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL WITH PREJUDICE
CASE NO. 5:24-CV-00465-EJD

*Levien, Barry McCarthy, Michael Moritz, Lily Sarafan, Frank Slootman, and Daniel Sundheim*

Dated: May 30, 2025          LEVI & KORSINSKY, LLP

By:  /s/ *Adam M. Apton*
          Adam M. Apton

1160 Battery Street East Suite 100
San Francisco, CA 94111
Telephone: 415/373-1671
aapton@zlk.com

*Counsel for Plaintiffs and Lead Counsel for the Class*

Dated: May 30, 2025          WILKIE FARR & GALLAGHER LLP

By:  /s/ *Todd G. Cosenza*
          Todd G. Cosenza (pro hac vice)
          Charles D. Cording (pro hac vice)
          Michelle A. Polizzano (pro hac vice)

          Laura Leigh Geist (SBN 180826)
          333 Bush Street, 34th Floor
          San Francisco, CA 94104

*Counsel for Underwriter Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, BofA Securities, Inc., Barclays Capital Inc., Citigroup Global Markets Inc., Robert W. Baird & Co. Incorporated, Citizens JMP Securities, LLC, LionTree Advisors LLC, Oppenheimer & Co. Inc., Piper Sandler & Co., SoFi Securities LLC, Stifel, Nicolaus & Company, Incorporated, Wedbush Securities Inc., Blaylock Van, LLC, Drexel Hamilton, LLC, Loop Capital Markets LLC, R. Seelaus & Co., LLC, Samuel A. Ramirez & Company, Inc., Stern Brothers & Co., and Tigress Financial Partners LLC*

2

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL WITH PREJUDICE
CASE NO. 5:24-CV-00465-EJD

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____

                                 The Hon. Edward J. Davila
                                 United States District Judge

3

**ATTESTATION**

I, Boris Feldman, am the ECF user whose identification and password are being used to file this attached Stipulation.  In compliance, I hereby attest that all parties have concurred in this filing.

Dated: May 30, 2025                    FRESHFIELDS US LLP

                    By:  /s/ *Boris Feldman*
                         Boris Feldman

                    *Attorneys for Defendants MapleBear Inc. d/b/a Instacart, Fidji Simo, Nick Giovanni, Alan Ramsay, Apoorva Mehta, Jeffrey Jordan, Meredith Kopit Levien, Barry McCarthy, Michael Moritz, Lily Sarafan, Frank Slootman, and Daniel Sundheim*

4

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL WITH PREJUDICE
CASE NO. 5:24-cv-00465-EJD